

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sheri Taylor, Appellant

No. 06-25-00014-CV          v.

Melody Ann Norton, Appellee

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 23C1418-CCL).   Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.   Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the "Amended Order Granting Protective Order" of the trial court.

We further order that the appellant, Sheri Taylor, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 21, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk